UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: _12/14/2023_ | |

MONIQUE T. HENDERSON,

              Plaintiff,

   -against-

SAKS & COMPANY LLC,

              Defendant.

22-CV-9925 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      In this employment discrimination action, the *pro se* plaintiff, Monique T. Henderson, has filed a series of duplicative letters, addressed to multiple judges (and others), including letters complaining about the progress of her case. (*See*, *e.g.*, Dkts. 39 & 40; Dkts. 44 & 45.)

      Plaintiff is reminded that this case is before the undersigned Magistrate Judge for general pretrial management. (Dkts. 11, 12.) All motions and requests concerning scheduling and other non-dispositive pretrial matters should be addressed to the undersigned Magistrate Judge. If plaintiff wishes to challenge a ruling by the Magistrate Judge, she must file her written objections within 14 days of that ruling, addressed to the Hon. Analisa Torres, United States District Judge. *See* Fed. R. Civ. P. 72(a). No other judges have been assigned to this case. Consequently, letters addressed to other judges in the Southern District of New York will have no effect.

      Similarly, letters addressed to the United States Attorney, or signed by Larysa Golubovych, will have no effect. The United States Attorney represents the United States in civil as well as criminal cases. However, the United States is not a party to this private civil action.[1] Neither is Ms. Golubovych, who is pursuing a separate case, assigned to a different judge. The only parties to this case are the plaintiff, Ms. Henderson, and the defendant, Saks & Company LLC.

---

[1] Although plaintiff initially presented her charges to the Equal Employment Opportunity Commission (EEOC), the EEOC declined to bring suit on plaintiff's behalf. *See* Conciliation Failure and Notice of Rights dated 9/23/22 (Dkt. 44 at ECF p. 6).

Consequently, plaintiff is hereby directed to submit any future correspondence in this case on her own behalf, not on behalf of Ms. Golubovych or other non-parties, and to address her correspondence to the undersigned Magistrate Judge or to Judge Torres, as appropriate.

Finally, plaintiff is reminded that, at her request, the case has been referred to mediation (Dkts. 38, 42), and she has been offered *pro bono* legal assistance in connection with that mediation. Plaintiff is encouraged to consult with her *pro bono* counsel concerning the stages of a federal civil case and the steps required before a trial can be scheduled. Alternatively, plaintiff may wish to request an appointment at the New York Legal Assistance Group clinic, which provides assistance to *pro se* civil litigants in this District. A flyer with contact information for the NYLAG clinic is attached to this Order.

Dated: New York, New York
December 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

Room LL22
40 Foley Square
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. – 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

