UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2024
```

MONIQUE T. HENDERSON,

                    Plaintiff,

          -against-

SAKS & COMPANY LLC,

                                        Defendant.

22-CV-9925 (AT) (BCM)

**ORDER SCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that no initial case management conference has yet taken place in this action, it is hereby **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **May 15, 2024, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that each party confer with all other parties to make sure that all parties, or their attorneys, have a copy of this Order and can attend the conference.  If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

It is further **ORDERED** that the parties come to the conference prepared to discuss the following subjects:

1.      The issues in the case;

2.      Whether any party intends to make a motion to dismiss or on the pleadings;

3.      Whether any party wishes to amend a pleading or add new parties, and what the deadline should be for moving for leave to do so.

4.      What discovery the parties plan to engage in, and what deadlines should be set for:

a.    Exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A);

b.    Serving document production requests and interrogatories;

c.    Taking depositions of fact witnesses;

d.    Disclosing the identity and exchanging the reports of expert witnesses, if any, and taking their depositions; and

e.    Completing all discovery;

5.    Whether any special limitations should be placed on discovery, including protective or confidentiality orders;

6.    Whether any special discovery issues are likely to arise that may warrant early attention from the Court;

7.    What the deadline should be for filing summary judgment or other pretrial motions, if any;

8.    What the deadline should be for the parties to submit a joint pretrial order (in accordance with the procedures of the judge before whom the trial will be conducted);

9.    Whether and when the case should be (a) referred to mediation or (b) scheduled for a settlement conference with the Court; and

10.   The anticipated length of trial and whether (and by which party) a jury has been requested.

Dated: New York, New York
       April 1, 2024

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**